# BRADY McGUIRE & STEINBERG, P.C.
ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

ROBERT D. BRADY
OF COUNSEL

May 14, 2010

<u>Via ECF Filing Only</u>

Magistrate Judge Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    The Annuity, Pension, Welfare and Training Funds of the
             I.U.O.E. Local 14-14B v. Navillus Tile, Inc.
             Civil Case No. CV-10-0418 (ENV) (RLM)

Dear Magistrate Judge Mann:

    Our office represents Plaintiffs The Annuity, Pension, Welfare and Training Funds of the International Union of Operating Engineers Local 14-14B, AFL-CIO in connection with the above-captioned matter. At this time, we are pleased to advise Your Honor that the parties have amicably resolved this dispute prior to Defendant Navillus Tile, Inc. filing its answer to the Complaint. Accordingly, we respectfully request that the enclosed Notice & Order of Voluntary Dismissal be so ordered.

    Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          James M. Steinberg (JS-3515)

Enc.
Cc:    Mr. Padraig Naughton (Navillus Tile, Inc.)
        Ms. Judith A. Renick

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and TRAINING
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, by its TRUSTEES
EDWIN L. CHRISTIAN, CHRIS CONFREY, JOHN
CRONIN, DON DeNARDO, JOHN HYERS, DANIEL
NOESGES, DENISE M. RICHARDSON and JOHN F. O'HARE,

**NOTICE & ORDER OF**
**VOLUNTARY DISMISSAL**

CV-10-0418 (ENV) (RLM)

Plaintiffs,

-against-

NAVILLUS TILE, INC.,

Defendants.
--------------------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY, PENSION, WELFARE and TRAINING FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed with prejudice against Defendant NAVILLUS TILE, INC.

Dated: Hastings-on-Hudson, New York
       May 14, 2010

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

To:   Navillus Tile, Inc.
      53-18 11th Street
      Long Island City, New York 11101

**SO ORDERED:** _____

**The Hon. Roanne L. Mann**
**United States Magistrate Judge**